ACCEPTED
04-014-00494-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/15/2015 9:45:06 AM
KEITH HOTTLE
CLERK

NO. 04-014-00494-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/15/2015 9:45:06 AM
KEITH E. HOTTLE
Clerk

## UNITED PARCEL SERVICE, INC. and ROLAND LEAL

### Appellants/Cross-Appellees

### v.

## ROBERT SCOTT RANKIN, Individually; RACHELLE RANKIN, Individually and as Next Friend for AVERY RANKIN, a Minor; as Next Friend for KARA RANKIN, a Minor; and as Next Friend for SAMUEL RANKIN, a Minor

### Appellees/Cross-Appellants

On Appeal from the 224th Judicial District Court, Bexar County, Texas
Honorable Cathy Stryker, Presiding Judge
Trial Court Cause No. 2011-CI-07922

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Appellees, Robert Scott Rankin, Rachelle Rankin, Avery Rankin, Kara Rankin, and Samuel Rankin, by and through their undersigned attorneys, hereby move the

Court for an Order extending the time to file Appellees' Response Brief, and as grounds therefor would show the Court the following:

1.     Appellees' Response Brief is due on or before January 20, 2015.

2.     Appellees respectfully request that the Court extend their current briefing deadline of January 20, 2015, to and including January 30, 2015.  No previous extension of time has been granted for the filing of Appellees' Response Brief.

3.     Undersigned counsel has had an unusually busy schedule in December and January, primarily due to the holiday season and the work required to prepare for vacation time around the holiday season.  Given that, undersigned counsel has not had, and will not have, an opportunity to properly prepare the brief on the issues in this matter by the current deadline.

**WHEREFORE**, Appellees pray that the time for filing their response brief be extended to and including January 30, 2015; and for such other and further relief as the Court may deem to be just and proper.

Respectfully submitted,

**THE PERRIN LAW FIRM**
1910 Pacific Avenue, Suite 6050
Dallas, Texas 75201
Telephone: (214) 646-2004
Facsimile: (214) 646-6117
Email: dougperrin@perrinlaw.org
　　　 markperrin@perrinlaw.org

*/s/J. Mark Perrin*
Doug Perrin
State Bar No. 15796520
J. Mark Perrin
State Bar No. 24013313

**REESE GORDON MARKETOS LLP**
750 N. St. Paul Street, Suite 610
Dallas, Texas 75201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731
Email: pete.marketos@rgmfirm.com
Pete Marketos
State Bar No. 24013101

**KEELING & DOWNES, P.C.**
1500 McGowen Street
Houston, Texas 77004
Telephone: (832) 214-9900
Fax: (832) 214-9908
Email: bck@keelingdownes.com
Byron Keeling
State Bar No. 11157980

**ATTORNEYS FOR
CROSS-APPELLANTS**

## CERTIFICATE OF CONFERENCE

I have conferred with counsel for Appellants/Cross-Appellees about the merits of this Motion and was advised that Appellants/Cross-Appellees do not oppose the relief requested in this Motion.

Certified this 15th day of January, 2015.

*/s/J. Mark Perrin*
J. Mark Perrin

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing document was forwarded to all counsel of record in the above cause through the Court's electronic case filing system, on this the 15th day of January, 2015.

Ricardo Reyna
Audrey Haake
Brock, Person, Guerra, Reyna P.C.
17339 Redland Road
San Antonio, Texas 78247

W. Randall Bassett
Bradley Pratt
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309

H. Victor Thomas
King & Spalding, LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002

*/s/J. Mark Perrin*